UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.                            **ORDER**
                            Criminal File No. 06-16(1) (MJD/AJB)

(1) JORGE ORTIZ PINEDA,

       Defendant.

_____

W. Anders Folk, Esq., Assistant United States Attorney, Counsel for Plaintiff.
James Brian Sheehy, Esq., Counsel for Defendant.
_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated February 28, 2006. Plaintiff Jorge Ortiz Pineda has filed no objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court adopts the Report and Recommendation dated February 28, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1

1. The Magistrate Judge's Report and Recommendation dated February 28, 2006, [Docket No. 57] is hereby **ADOPTED**.

2. Defendant Jorge Ortiz Pineda's Motion for Severance of Defendants [Docket No. 22] is **DENIED**;

3. Defendant Pineda's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 25] is **DENIED**.

Dated: April 14, 2006                    s / Michael J. Davis
                                         Judge Michael J. Davis
                                         United States District Court